UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

      v.                                            1:03-cr-0407

SCOTT ALAN RICHMOND,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## **DECISION and ORDER**

        Defendant moves pursuant to 18 U.S.C. § 3143 to stay the execution of his sentence pending appeal.  In support of his motion, Defendant contends that: (1) he is not a flight risk; (2) he has already served several years in prison; (3) if successful on appeal, he would (i) have already served most of his sentence, or (ii) not be subject to a mandatory term of imprisonment.

        Defendant pleaded guilty to a violation of 18 U.S.C. § 1029 (credit card fraud).  At the plea allocution, Defendant admitted to being responsible for losses in an amount of over $400,000.  Notwithstanding this admission, at sentencing, the Court allowed Defendant the opportunity to submit information suggesting that he was responsible for a lesser amount.  Although the bases for Defendant's calculations were (and remain) questionable, the Court nonetheless granted some of his objections and found him to be responsible for an amount of $367,000.50.  Even accepting all of Defendant's calculations, he would still be facing a period of incarceration.  Accordingly, he does not satisfy 18 U.S.C. § 3143(b)(1)(B)(3), which

requires that the appeal is likely to result in a sentence that does not include a term of imprisonment.  Defendant has not made any argument that he qualifies under 18 U.S.C. § 3143(b)(1)(B)(4).  To the extent that any such argument is made, given Defendant's admissions, the Court finds that he also does not qualify under § 3143(b)(1)(B)(4).  Accordingly, Defendant's motion is DENIED.

IT IS SO ORDERED.

Dated:  September 13, 2005

Thomas J. McAvoy
Senior, U.S. District Judge